**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Donald Phillip Henson**
**aka D Phillip Henson, aka Phillip Henson**
88–0899180
    Debtor(s)

Bankruptcy Case No.: 24–20844–CMB

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Brian P. Cavanaugh is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 28, 2024

<u>Carlota M Bohm</u>
United States Bankruptcy Judge