# Notice Recipients

District/Off: 0315−2  User: admin  Date Created: 08/28/2024
Case: 24−20844−CMB  Form ID: 129  Total: 4

**Recipients of Notice of Electronic Filing:**
ust        Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr         Brian P. Cavanaugh        bcavanaugh@tdc−law.com
aty        Brian P. Cavanaugh        bcavanaugh@tdc−law.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Donald Phillip Henson        13 Pride Street        Pittsburgh, PA 15219

TOTAL: 1